AO245B Judgment in a Criminal Case for Revocation (Rev. 06/05)

RECEIVED
NOV - 5 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOHNNY D. NEELY | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 6:02CR60055-001<br><br>Wayne Blanchard<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) Special Condition #2 of the term of supervision.
[ ] was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| See Next Page | | |

See next page.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

October 26, 2007
Date of Imposition of Sentence

_____
Signature of Judicial Officer

REBECCA F. DOHERTY, United States District Judge
Name & Title of Judicial Officer

November 5, 2007
Date

CASE NUMBER: 6:02CR60055-001
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Special Cond. #2 | On October 9, 2007, the offender appeared before the Court for a revocation hearing in reference to his inability to refrain from controlled substance use. The offender admitted use of cocaine and marijuana on several occasions during the course of his supervised release. The Court found the offender in violation of his supervised release, but opted not to revoke the offender based on recommendation from defense counsel that the offender could benefit from inpatient substance abuse treatment offered via the CENIKOR program in Baton Rouge, LA. The offender was admitted into CENIKOR on October 9, 2007, but began to experience narcotics withdrawal symptoms shortly after his arrival. Therefore, the offender was admitted to a detox facility in Baton Rouge on the afternoon of October 11, 2007. The offender completed the intake process and then absconded from the detox facility. | 10/11/07 |

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

Judgment - Page 3 of 3

DEFENDANT: JOHNNY D. NEELY
CASE NUMBER: 6:02CR60055-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.

[✓] The court makes the following recommendations to the Bureau of Prisons:

The court recommends to the Bureau of Prisons that the defendant participate in the 500 hour intensive drug treatment program and receive intensive drug counseling. The court also recommends to the Bureau of Prisons that the defendant be allowed to pursue his education so that he may receive his G.E.D. and that he receive vocational training . The court also recommends that the defendant be placed in a facility geographically near St. Landry Parish, Louisiana and that he be placed in a facility where he will receive the medical treatment as necessary.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL